DONNA EDWARDS, APPLICANT, v. MAYOR AND COUNCIL OF THE BOROUGH OF MOONACHIE, RESPONDENT.

Argued January 21, 1948—Decided March 29, 1948.

Before CASE, CHIEF JUSTICE, and Justice BURLING.

For the applicant, *Leo Rosenblum* and *Sebastian Gaeta.*

For the respondent, *Chandless, Weller, Kramer & Frank* (*Ralph W. Chandless*).

PER CURIAM.

The application presents debatable questions of law. A writ may be presented for *allocatur.*